Timothy GRIMES, Plaintiff–Appellant,

v.

RED ONION STATE PRISON; Department of Corrections; Danny Damron; Ronald Fowler; Jay McConnell; Alan McCowan; Jeffrey Phillips; Eric Smith; William Sykes; David Taylor; Page True, Warden; William Wright; Randy Boyd, Defendants–Appellees,

and

Commonwealth of Virginia, Defendant.

No. 06–6317.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2006.

Decided: Nov. 15, 2006.

Timothy Grimes, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Grimes appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Grimes v. Red Onion State Prison*, No. 7:05–cv–00036–SGW–MFU (W.D.Va. Feb. 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*